## LAW OFFICES OF LORNE M. REITER, LLC
14 WALL STREET, 20TH FLOOR
NEW YORK, NY 10005

TEL. (212) 222-0955
FAX (212) 202-4784

NEW JERSEY OFFICE

FAIR HAVEN COMMONS
740 RIVER ROAD, SUITE 302
FAIR HAVEN, NEW JERSEY 07704
(732) 747-9555
(732) 626-6800 FAX

MEMBER NEW YORK AND NEW JERSEY BARS

July 5, 2007

*Via electronic filing*

United States Magistrate Judge Roanne L. Mann
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

Attention: Rita

Re:   Rostislav Kemelman et al v. James H. Johnson, Jr. et al
      ***Civil Action Number: 06-cv-5360***

Dear Rita:

Per your request and following our conversation earlier, be advised that the above matter settled at the non-binding arbitration before Melvin Brosterman on June 20, 2007.

The stipulation of discontinuance will be filed with the Clerk of the Court shortly.

Very truly yours,

LORNE M. REITER

LMR:cvh

*The Clerk is directed to close the case, with the right to reopen within 30 days if the settlement is not consummated.*

**SO ORDERED:**
/s/
***Roanne L. Mann***
***U.S. Magistrate Judge***
**Dated:** 7/5/07

PDF Created with deskPDF PDF Writer - Trial :: http://www.docudesk.com